IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OIL AND GAS BOARD OF ALABAMA, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CA 15-00183-C |
| | : | |
| DELPHI OIL, INC., | : | |
| Defendant. | | |

# JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to remand (doc. 8) is **GRANTED**, and, as such, this case is **REMANDED** to the Circuit Court of Monroe County, Alabama, from whence it came.

**DONE** this the 8th day of May 2015.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**